ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,                :

         -against-                         :        **ORDER**
                                                       CR 05-716 (FB)

RICARDO ENRIQUE SOSA                     :
a/k/a
Jose Quizphi, Jose Quizhip,              :
    Defendant.
----------------------------------X

TO: The United States Marshal's Service
    United States District Courthouse, EDNY
    225 Cadman Plaza East
    Brooklyn, New York 11201

Upon the application of Heidi C. Cesare, Esq., of the Federal Defenders of New York, Inc., 16 Court Street, 3rd Floor, Brooklyn, New York, it is hereby:

ORDERED that no later than Thursday, April 27, 2006, the United States Marshal's Service for the Eastern District of New York shall transfer inmate JOSE QUIZPHI, Reg. No. 73818-053, also known as Jose Quizhip, and also known as Ricardo Enrique Sosa, from MDC Brooklyn, Metropolitan Detention Center, 80 29th Street, Brooklyn, New York to FDC Philadelphia, Federal Detention Center, 700 Arch Street, Philadelphia, Pennsylvania.

DATED: April 25, 2006
BROOKLYN, NEW YORK

                                              THE HONORABLE FREDERIC BLOCK
                                              SENIOR UNITED STATES DISTRICT JUDGE

# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

April 25, 2006

The Honorable Frederic Block
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: **United States v. Ricardo Enrique Sosa,**
   **a/k/a, Jose Quizphi, CR 05-716 (FB)**

Your Honor:

I have been informed by Jennifer Dannels, Esq., from the Metropolitan Detention Center legal department, that the institution has made arrangements for Mr. Quizphi to see a cancer specialist in Philadelphia, PA. In order that Mr. Quizphi may see the doctor as soon as possible I have drafted the attached Order to expedite his transfer from MDC Brooklyn to FDC Philadelphia. I have discussed this Order with Ms. Dannels and she supports our application.

Please advise if you require any additional information. Thank you for your attention.

Respectfully yours,

Heidi C. Cesare, Esq.
Assistant Federal Defender
(718) 330-1257

enc.

cc: Clerk of the Court (by ECF)
   Licha M. Nyiendo, AUSA
   Jennifer Dannels, Esq., MDC
   US Marshal's Service, EDNY